IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No: 4:12-103 |
| v. | ) |
| $4,517.16,<br>Bank of America Account Number 7171, | ) |
| Defendant. | ) |

## ORDER

Before this Court is the United States' Application to File Complaint for Forfeiture *in Rem* Under Seal. After having read and considered the application, the Court finds as follows:

1. The United States has an ongoing investigation of the Louis Trematerra controlled substance distribution organization.

2. Premature exposure of the details of the investigation could jeopardize the success of the operation.

3. The government is filing the present Complaint for Forfeiture to preserve the statute of limitations and to expedite the seizure of the defendant funds once the ongoing investigation is terminated and the individual suspects are arrested.

Therefore, IT IS HEREBY ORDERED AND ADJUDGED that the Complaint for Forfeiture and the Application be filed under seal and held by the Court *in camera* pending further Order of this Court.

SO ORDERED this __24th__ day of __April__, 2012 in *United States of America v. $368,129.90 UBS Account Number BX 24546 LH,* et al.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA